# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROOKE CENTRELLA,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. CESAR PARRA, et al.,<br><br>    Defendants. | Civil Action No.<br><br>24-cv-00279 (MEF) (JRA)<br><br>**REPORT AND RECOMMENDATION** |

**THIS MATTER** having come before the Court by way of Plaintiff Brooke Centrella's ("Plaintiff") Motion to Remand (ECF Nos. 4, 8) (the "Motion"); and Defendants Dr. Cesar Parra and Piaffe Performance, Inc. (collectively "Defendants"), having opposed the Motion (ECF No. 7); and the Court having considered the parties' arguments; and the Court deciding the Motion without oral argument, *see* Fed. R. Civ. P. 78; L. Civ. R. 78.1; and the Court having issued an oral opinion on the record without the parties being present on June 25, 2024; and for the reasons stated on the record;

**IT IS** on this **25th** day of **June 2024**,

**RECOMMENDED** that Plaintiff's Motion (ECF No. 4) be **GRANTED and that this matter be remanded to the Superior Court of New Jersey, Law Division, Bergen County**. The parties have fourteen (14) days to file and serve objections to this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C); L. Civ. R. 72.1(a)(2), (c)(2); it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** the Motion pending at ECF No. 4 and activate this Report and Recommendation for the District Court's review.

_____
HON. JOSE R. ALMONTE
UNITED STATES MAGISTRATE JUDGE