UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Brooke Centrella,<br><br>    *Plaintiff,*<br><br>v.<br><br>Dr. Cesar Parra, et al.,<br><br>    *Defendants.* | Civil Action No. 24-279<br>(MEF)(JRA)<br><br>**ORDER** |

United States Magistrate Judge Almonte issued a Report and Recommendation, recommending that the Court grant the Plaintiff's motion to remand this action to state court, on the ground that the parties are not completely diverse.  See Docket Entries 12-13.

Objections to the Report and Recommendation were due on July 24. No objection has been filed.

The Report and Recommendation is especially thorough and thoughtful.  It is well-reasoned, and the Court accepts Judge Almonte's recommendation.

The motion to remand is granted.


IT IS on this 25th day of July, 2024, so **ORDERED**.

                                                        _____
                                                        Michael E. Farbiarz, U.S.D.J.